UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMANDA GEORGE,

      Plaintiff,

  v.                                  Civil Action 2:25-cv-1145
                                      Judge Edmund A. Sargus, Jr.
                                      Magistrate Judge Chelsey M. Vascura

GULFPORT ENERGY CORPORATION,

      Defendant.

## ORDER

      This matter is before the Court on Defendant Gulfport Energy Corporation's Motion for Leave to File Answer and Counterclaims Exhibits Under Seal (ECF No. 10). Therein, Gulfport represents that exhibits to its Answer and Counterclaim contain the same commercially sensitive information—price terms for the oil and gas leases at issue in this matter—found in documents that Gulfport was previously permitted to file under seal. (ECF Nos. 2, 5.)

      Based on these representations, the undersigned concludes that the exhibits contain sensitive and confidential information that should be shielded from public access. Accordingly, Gulfport's Motion (ECF No. 10) is **GRANTED**. Gulfport may file its exhibits to its Answer and Counterclaim **UNDER SEAL**. Gulfport must also file on the public docket a redacted version of those exhibits **WITHIN SEVEN DAYS** of making its filings under seal.

      **IT IS SO ORDERED.**

                                                    /s/ *Chelsey M. Vascura*
                                                  CHELSEY M. VASCURA
                                                  UNITED STATES MAGISTRATE JUDGE