**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**AMANDA GEORGE,**

**Plaintiff/Counterclaim Defendant,**

**v.**

**Civil Action 2:25-cv-1145**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**GULFPORT ENERGY CORPORATION,**

**Defendant/Counterclaimant/ Third-Party Plaintiff,**

**v.**

**C. KEITH PLUMMER,**

**Third-Party Defendant.**

**ORDER**

This matter is before the Court on Plaintiff's Objections to Magistrate Judge's October 9, 2026 Order (ECF No. 40). Therein, Plaintiff moves to stay the effect of the October 9, 2026 Order (ECF No. 39) insofar as it compels Plaintiff to produce certain attorney-client communications. Plaintiff also moves for leave to supplement her objections on or before October 28, 2026.

Both of Plaintiff's requests are **GRANTED**. The effect of the October 9, 2026 Order (ECF No. 39) is **STAYED**, until the District Judge rules on Plaintiff's objections thereto, to the extent that it requires Plaintiff to produce any attorney-client communications. Otherwise, the

October 9, 2026 Order remains in effect. Further, Plaintiff may supplement her objections to the October 9, 2026 Order **ON OR BEFORE OCTOBER 28, 2026**.

Plaintiff's objections to the October 9, 2026 Order (ECF No. 40) remain pending for review by the District Judge.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE